# ELECTRONIC RECORD

CCA # 09-13-00407-CR                    OFFENSE: Murder

STYLE: Julia Rhoton Andrews
v. The State of Texas                   PUNISHMENT: 44 years

                                        COUNTY: Orange

TRIAL COURT: 260th District Court       _____ MOTION
TRIAL COURT #: D-130174-R               FOR REHEARING IS: _____
TRIAL COURT JUDGE: Judge Buddie J Hahn  DATE: _____
DISPOSITION: AFFIRMED                   JUDGE: _____

DATE: 12-10-14

JUSTICE: Hollis Horton        PC   NO   S   YES
PUBLISH: NO                   DNP:  YES

CLK RECORD: 12-03-13              SUPP CLK RECORD: 01-19-14
RPT RECORD: 10-16-13             SUPP RPT RECORD: _____
STATE BR: 01-10-14               SUPP BR: _____
APP BR: 12-16-13; 03-04-14       PRO SE BR: _____

**052-15**

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # ___PD-0052-15_____

-------------------

_APPELLANT'S_ Petition                   Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
___REFUSED_____                    JUDGE: _____
DATE: 03/18/2015                         SIGNED: _____    PC: _____
JUDGE: _Per Curiam_                      PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____    _____ ON _____

JUDGE: _____                     JUDGE: _____